# SULLIVAN et al. v. LITTLE HUNTING PARK, INC., et al.

No. 1188. Decided June 17, 1968.

*Allison W. Brown, Jr., Robert M. Alexander, Jack Greenberg,* and *James M. Nabrit III* for petitioners.

*John Chas. Harris* for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is vacated. The case is remanded to the Supreme Court of Appeals of Virginia for further consideration in light of *Jones* v. *Alfred H. Mayer Co., ante,* p. 409.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE HARLAN's dissenting opinion in *Jones* v. *Alfred H. Mayer Co., ante,* p. 449.